FILED

10/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0218

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0218

_____

LLOYD SCOTT MAIER,

      Petitioner and Appellant,

    v.

STATE OF MONTANA,

      Respondent and Appellee.

_____

O R D E R

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to Lloyd Scott Maier, to all counsel of record, and to the Honorable Gregory R. Todd, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 27 2021